# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### THE STATE v. UTTERSON.

**Criminal Case: NO ERROR FOUND.**

*Appeal from Polk District Court.*—HON. JOSIAH GIVEN, Judge.

No appearance for either party.

ROBINSON, J.—The defendant was convicted of the crime of keeping intoxicating liquors with intent to sell the same in violation of law. Judgment was rendered against him on the verdict of the jury, and he appeals. The cause was submitted in this court, on a transcript of a part of the record, without argument of counsel. In this condition of the case we have examined the record with care, but do not discover any error which could have prejudiced the defendant. The judgment of the district court is therefore

AFFIRMED.

### THE STATE v. BRINDLE.

**Criminal Case: NO ERROR FOUND.**

*Appeal from Polk District Court.*—HON. JOSIAH GIVEN, Judge.

INDICTMENT for a nuisance caused by selling intoxicating liquors and keeping the same for sale. Trial by jury, verdict guilty, judgment, and the defendant appeals.

*A. J. Baker*, Attorney General, for the State.

No appearance for appellant.

SEEVERS, C. J.—This cause has been submitted upon a transcript which we have examined, and we have been unable to discover any error in the record, and therefore the judgment of the district court is

AFFIRMED.